957 So.2d 177 (2007)
Patricia and Ronald FINN
v.
KEMPER INSURANCE COMPANY, Cintas Corporation, Nicholas Vaccaro and Greyhound Lines, Inc.
No. 2007-C-0747.
Supreme Court of Louisiana.
June 1, 2007.
*178 In re Finn, Patricia et al.; Finn, Ronald;Plaintiff(s); Applying for Writ of Certiorari and/or Review, Parish of Tangipahoa, 21st Judicial District Court Div. D, No. 2001-004149; to the Court of Appeal, First Circuit, No. 2006 CA 0253.
Denied.
JOHNSON, J., would grant.